# CASE:

## 01-14-00604-CV

**DATE FILED:**

07/21/2014

**CASE TYPE:**

PERSONAL INJURY

**STYLE:**

SHEA PALAVAN

**V.:**

BRIAN MCCULLEY, BOULEVARD REALTY LLC, AND TBW DEVELOPMENT, LLC

**ORIG PROC:**

NO

**TRANSFER FROM:**

**TRANSFER IN:**

**TRANSFER CASE:**

**TRANSFER TO:**

**TRANSFER OUT:**

**PUB SERVICE:**

WWW.1STCOA.COURTS.STATE.TX.US

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/31/2015 5:39:20 PM
CHRISTOPHER A. PRINE
Clerk

# APPELLATE BRIEFS

| DATE | EVENT TYPE | DESCRIPTION | DOCUMENT | |
|---|---|---|---|---|
| 12/03/2014 | REPLY BRIEF FILED | APPELLANT | APPENDIX<br>BRIEF<br>NOTICE | [ PDF/240 KB ]<br>[ PDF/274 KB ]<br>[ PDF/58 KB ] |
| 11/13/2014 | BRIEF FILED - ORAL ARGUMENT NOT REQUESTED | APPELLEE | BRIEF<br>NOTICE | [ PDF/6.09 MB ]<br>[ PDF/58 KB ] |
| | BRIEF RECEIVED - ORAL ARGUMENT NOT | | APPENDIX | [ PDF/366 KB ] |

| 10/14/2014 | REQUESTED | | APPELLANT | BRIEF | [ PDF/257 KB ] |
|---|---|---|---|---|---|
| 10/14/2014 | BRIEF FILED - ORAL ARGUMENT NOT REQUESTED | | APPELLANT | APPENDIX<br>BRIEF<br>NOTICE | [ PDF/365 KB ]<br>[ PDF/256 KB ]<br>[ PDF/70 KB ] |

## CASE EVENTS

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | DOCUMENT | |
|---|---|---|---|---|---|
| 12/08/2015 | CLERKS RECORD FILED | APPELLANT | | | |
| 06/12/2015 | MANDATE ISSUED | CIVIL | | COST BILL<br>MANDATE<br>NOTICE | [ PDF/57 KB ]<br>[ PDF/49 KB ]<br>[ PDF/91 KB ] |
| 04/17/2015 | MOTION FOR REHEARING WAS NOT FILED | | | | |
| 04/17/2015 | MOTION FOR REHEARING DUE | | | | |
| 04/02/2015 | MEMORANDUM OPINION ISSUED | | DISMISS APPEAL | MEMORANDUM OPINION<br>NOTICE | [ PDF/38 KB ]<br>[ PDF/71 KB ] |
| 04/02/2015 | JUDGMENT ISSUED | | | JUDGMENT | [ PDF/40 KB ] |
| 04/01/2015 | SUBMITTED | | | | |
| 12/03/2014 | REPLY BRIEF FILED | APPELLANT | | APPENDIX<br>BRIEF<br>NOTICE | [ PDF/240 KB ]<br>[ PDF/274 KB ]<br>[ PDF/58 KB ] |
| 12/03/2014 | REPLY BRIEF DUE | APPELLANT | | | |
| 11/18/2014 | SUPPLEMENTAL CLERKS RECORD FILED | APPELLEE | | NOTICE | [ PDF/61 KB ] |

| Date | Event | Party | | Document | |
|------|-------|-------|--|----------|--|
| 11/13/2014 | BRIEF FILED - ORAL ARGUMENT NOT REQUESTED | APPELLEE | | BRIEF | [ PDF/6.09 MB ] |
| | | | | NOTICE | [ PDF/58 KB ] |
| 11/13/2014 | CASE READY TO BE SET | | | | |
| 11/13/2014 | APPELLEES BRIEF DUE | APPELLEE | | | |
| 11/10/2014 | SUPPLEMENTAL CLERKS RECORD FILED | APPELLANT | | NOTICE | [ PDF/58 KB ] |
| 10/30/2014 | LETTER FILED | APPELLEE | | LETTER | [ PDF/395 KB ] |
| 10/14/2014 | CERTIFICATION OF WORD COUNT COMPLIANCE FILED | APPELLANT | | CERITIFCATE | [ PDF/154 KB ] |
| 10/14/2014 | BRIEF RECEIVED - ORAL ARGUMENT NOT REQUESTED | APPELLANT | | APPENDIX | [ PDF/366 KB ] |
| | | | | BRIEF | [ PDF/257 KB ] |
| 10/14/2014 | BRIEF FILED - ORAL ARGUMENT NOT REQUESTED | APPELLANT | | APPENDIX | [ PDF/365 KB ] |
| | | | | BRIEF | [ PDF/256 KB ] |
| | | | | NOTICE | [ PDF/70 KB ] |
| 10/13/2014 | APPELLANTS BRIEF DUE | APPELLANT | | | |
| 10/10/2014 | RESPONSE DUE | APPELLANT | | | |
| 10/06/2014 | RESPONSE DUE | TRIAL COURT CLERK AND COURT REPORTER | | | |
| 09/29/2014 | LETTER FILED | APPELLANT | | LETTER | [ PDF/882 KB ] |
| 09/16/2014 | DEADLINE TO CONDUCT MEDIATION | | | | |
| 09/11/2014 | CLERKS RECORD FILED | APPELLANT | | NOTICE | [ PDF/71 KB ] |
| 09/11/2014 | COURT FEE DUE | APPELLANT | | | |
| 09/10/2014 | CLERKS NOTICE TO COURT REGARDING | COUNTY CLERK | | | |

| | STATUS OF RECORD | | | | |
|---|---|---|---|---|---|
| 09/10/2014 | NO PAYMENT ARRANGEMENTS MADE WITH TRIAL COURT CLERK FOR RECORD | APPELLANT | | NOTICE | [ PDF/100 KB ] |
| 09/10/2014 | CLERKS NOTICE TO COURT REGARDING STATUS OF RECORD | DISTRICT CLERK | | | |
| 09/10/2014 | COURT REPORTERS INFORMATION SHEET SENT | COURT REPORTER | | | |
| 09/09/2014 | LETTER FILED | | | LETTER | [ PDF/1.74 MB ] |
| 09/05/2014 | NO REPORTERS RECORD FILED IN CIVIL CASE | COURT REPORTER | | NOTICE | [ PDF/92 KB ] |
| 09/05/2014 | NO CLERKS RECORD FILED IN CIVIL CASE | DISTRICT CLERK | | NOTICE | [ PDF/86 KB ] |
| 08/29/2014 | RECORD DUE | | | | |
| 08/15/2014 | DEADLINE FOR PARTIES TO SELECT MEDIATOR | BOTH PARTIES | | | |
| 08/13/2014 | OBJECTION TO MEDIATION DISPOSED | | GRANT MOTION | | |
| 08/13/2014 | ORDER WITHDRAWN | | | ORDER WITHDRAWING MEDIATION ORDER | [ PDF/175 KB ] |
| | | | | NOTICE | [ PDF/75 KB ] |
| 08/12/2014 | PAST DUE COURT FEE NOTICE | APPELLANT | | NOTICE | [ PDF/99 KB ] |
| 08/11/2014 | COURT FEE DUE | APPELLANT | | | |
| 08/11/2014 | DOCKETING STATEMENT DUE | APPELLANT | | | |
| 08/08/2014 | OBJECTION FILED | APPELLEE | | OBJECTION | [ PDF/180 KB ] |
| 08/04/2014 | MEDIATION OBJECTION FILED | APPELLEE | | OBJECTION | [ PDF/114 KB ] |
| 07/31/2014 | ORDER ENTERED | | MEDIATION | ORDER | [ PDF/122 KB ] |
| | | | | | [ |

| | | | | NOTICE | [ PDF/74 KB ] |
|---|---|---|---|---|---|
| 07/24/2014 | DOCKETING STATEMENT FILED | APPELLANT | | DOCKETING STATEMENT | [ PDF/139 KB ] |
| 07/22/2014 | LETTER FILED | APPELLEE | | LETTER | [ PDF/100 KB ] |
| 07/21/2014 | CASE BEGAN IN COURT OF APPEALS | | | NOTICE | [ PDF/130 KB ] |
| 07/21/2014 | NOTICE OF APPEAL RECEIVED | APPELLANT | | LETTER OF ASSIGNMENT | [ PDF/294 KB ] |
| | | | | NOTICE | [ PDF/83 KB ] |
| 07/16/2014 | NOTICE OF APPEAL FILED IN TRIAL COURT | | | | |
| 06/30/2014 | JUDGMENT SIGNED BY TRIAL COURT JUDGE | | | | |

## CALENDARS

| SET DATE | CALENDAR TYPE | REASON SET |
|---|---|---|
| 06/12/2015 | CASE STORED | CASE STORED |
| 06/12/2015 | RETENTION | DATE CIVIL CASE WILL BE DESTROYED (6 YRS AFTER MANDATE) |

## PARTIES

| PARTY | PARTYTYPE | REPRESENTATIVE |
|---|---|---|
| MCCULLEY , BRIAN | APPELLEE | JOHN D. HERBERGER |
| PALAVAN, SHEA | APPELLANT | SHEA PALAVAN |
| TBW DEVELOPMENT | APPELLEE | JOHN D. HERBERGER |
| BOULEVARD REALTY, LLC | APPELLEE | TIMOTHY R. PLOCH |

## TRIAL COURT INFORMATION

**COURT:**

CO CIVIL CT AT LAW NO 3

**COUNTY:**

HARRIS

**COURT JUDGE:**

HONORABLE JUDGE COUNTY CV COURT @ LAW #3

**COURT CASE:**

1047954

**COURT REPORTER:**

LAURA CUTHERELL

**PUNISHMENT:**